IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DEELA JOHNSON**                                                                       **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO. 5:07cv00125**

**RIVER REGION HEALTH SYSTEMS, ET AL.**               **DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

       **COMES NOW,** the Plaintiff, in the above-referenced matter, by and through the undersigned counsel, and files this, her Notice of Voluntary Dismissal With Prejudice, and would show unto the Court the following:

       1.     This matter has been fully compromised and settled as to all Defendants.

       WHEREFORE, PREMISES CONSIDERED, Plaintiff notifies the Clerk of this Court that this matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

       RESPECTFULLY SUBMITTED this 3rd day of January, 2008.

                  **DEELA JOHNSON**

                         /s/ Hiawatha Northington II
                  **BY:**_____
                  **HIAWATHA NORTHINGTON II, MSB #10831**
                  **ATTORNEY FOR PLAINTIFF**

SMITH & FAWER, LLC
774 AVERY BLVD. NORTH, SUITE C
RIDGELAND, MS 39157
601.899.8726
601.899.8727 (Facsimile)
hnorthington@smithfawer.com